

**SIGNED THIS 6th day of May, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 7** |
| **RUSSELL C. ARRINGTON** ) | |
| ) | **Case No. 25-70404** |
| Debtor. ) | |
| ) | |

## SHOW CAUSE ORDER

The Debtor, Russell C. Arrington, by counsel, filed a voluntary Chapter 7 petition with this Court on May 2, 2025. The Court notes that the Debtor's most recent Chapter 13 case, Case No. 24-70869, was dismissed by this Court on February 26, 2025. The Chapter 13 Trustee has not filed his final report in the case and the prior case remains open. Pursuant to Local Rule 1017-2, no debtor may maintain more than one petition at the same time, unless for good cause shown.

For good cause, and it appearing just and proper to do so, it is ORDERED that the Debtor shall appear before this Court on May 19, 2025 at 9:30 a.m. in Roanoke (U. S. Bankruptcy Court, 210 Church Avenue, 2nd Floor Courtroom) to determine whether just cause exists for the Debtor to maintain two cases at the same time.

The Clerk of the Court is directed to send a copy of this Order to the Debtor, counsel for the Debtor, the Chapter 13 Trustee, the Chapter 7 Trustee, the Office of the United States Trustee, and all creditors on the mailing matrix of this case.

**END OF ORDER**